**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7470**

_____

HOWELL W. WOLTZ, TEP,

        Plaintiff - Appellant,

     v.

FCI BECKLEY; FPC BECKLEY; JOHN GRIMES, Counselor; BEVERLY
SMITH, Case Manager; JAMES CHILDRESS, Case & Unit Manager;
M. LEWIS, Unit Secretary; GARY LOCKE, Secretary of the
United States Department of Commerce,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.  Irene C. Berger,
District Judge.  (5:10-cv-00487)

_____

Submitted:  March 29, 2012        Decided:  April 3, 2012

_____

Before WILKINSON, KING, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Howell W. Woltz, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howell W. Woltz, TEP, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing under 28 U.S.C. § 1915A(b)(1) (2006) his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Woltz v. FCI Beckley, No. 5:10-cv-00487 (S.D.W. Va. Oct. 17, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED